IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY IRENE HEITHCOCK, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:23-cv-00043 |
| MILBANK INSURANCE COMPANY AND ALLSTATE INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now the Plaintiff, Mary Irene Heithcock, by and through undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure and moves this Court to grant the Plaintiff leave to amend its civil complaint in this action. Counsel for the Plaintiff has conferred with counsel for the Defendants and neither party opposes this motion. A copy of the Plaintiff's proposed amended complaint has been attached to this filing as an exhibit. This will be the Plaintiff's second amended complaint in this action.

1. On or about July 5, 2023, Allstate filed a notice of removal with this Court pursuant to 28. U.S.C. §§ 1446(b)(3). (ECF No. 1).

2. On July 10, 2023, Allstate filed a motion to dismiss the Plaintiff's Complaint . (ECF No. 8). Allstate's motion was premised on its position that Tennessee statutes had preempted the Plaintiff's Tennessee Consumer Protection Act claim and that any breach of contract claim made by the Plaintiff against Allstate could not be sustained due to the statute of limitations.

3. On July 11, 2023, Plaintiff's counsel contact counsel for both Defendants via email,

presented the attached proposed amended complaint and asked if either Defendant had an objection to the Plaintiff seeking leave to amend its complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. On July 12, 2023, counsel for Defendant Millbank indicated it had no objection the Plaintiff's proposed motion. On July 19, 2023, counsel for Defendant Allstate indicated it had no objection the Plaintiff's proposed motion. As such, this motion is unopposed.

4. The purpose of the Plaintiff's second amended complaint is to address the concerns Defendant Allstate raised in its motion to dismiss as well as to make the language in the Plaintiff's pleadings compliant with the relatively harsher pleading standards of federal court.[1]

**WHEREFORE**, the Plaintiff would ask this Court for the following relief:

(1) Grant her leave to amend her complaint as described in the filing attached as an exhibit.

Respectfully submitted,

*/s/ Daniel J. Murphy*
**Daniel J. Murphy Attorney at Law**
TBPR No. 033887.
P.O. Box 1157
Lewisburg, TN 37091
**Phone:** (931) 422-8304
**Fax:** 615-523-1254
**Email:** danielmurphy@danmurph.com
*Counsel for the Plaintiff Mary Irene Heithcock*

---

1. [1] The Plaintiff would note that the language used between Tennessee Rules of Civil Procedure Rule 15 and Federal Rules of Civil Procedure Rule 15 is different enough that it is possible to interpret the Plaintiff as having an absolute right to amend her pleadings here in Federal Court even though she already amended her pleadings once in State Court. The Plaintiff is not aware of any Sixth Circuit case law contrary to this interpretation. The Plaintiff would thus contend that she is not waiving her rights provided under Rule 15(a)(1) and that this motion is merely being filed in the abundance of caution.

## CERTIFICATE OF SERVICE:

I hereby certify that on this 24th day of July, 2023, a true and correct copy of the foregoing has been sent, via first-class mail, postage prepaid to:

**Parks T. Chastain**
Registration No. 13744
Direct: 615-630-7717
pchastain@bkblaw.com
**Cory R. Miller**
Registration No. 34770
Direct: 615-630-7745
cmiller@bkblaw.com
**BREWER, KRAUSE, BROOKS, CHASTAIN & MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228
*Counsel for Defendant, Allstate Vehicle and Property Insurance Company*

**John Wingo**
Registration No. 016955
Direct: 615-782-2263
john.wingo@stites.com
**STITES&HARBISON PLLC**
401 Commerce Street
Suite 800, Nashville, TN 37219
*Counsel for Defendant, Milbank Insurance Company*

> */s/ Daniel J. Murphy*
> **Daniel J. Murphy**