# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT COLUMBIA

| | |
|---|---|
| **MARY IRENE HEITHCOCK,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:23-cv-00043 |
| | ) District Judge Richardson |
| **MILBANK INSURANCE COMPANY,** | ) Magistrate Judge Holmes |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Mary Heithcock, and Defendant, Milbank Insurance Company ("State Auto"), (collectively, the "Parties"), jointly notify this Court of the compromise and settlement of all claims. The Parties will submit a Notice of Dismissal and proposed Agreed Order of Dismissal within 45 days.

Respectfully submitted,

*s/John R. Wingo*
John R. Wingo (BPR #016955)
Ann H. Murphy (BPR #036884)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2200
Email: john.wingo@stites.com
    amurphy@stites.com
*Counsel for Defendant*

and

*s/Chelsey A. Stevenson, by J. Wingo w/permission*
Chelsey A. Stevenson (BPR No. 038803)
RUDD LAW OFFICES
611 Commerce St, Ste 2613
Nashville, TN 37203
Email: chelsey@slgnashville.com
*Counsel for Plaintiff*

10055408:v1
Case 1:23-cv-00043   Document 102   Filed 08/29/25   Page 1 of 2 PageID #: 1155

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2025, the foregoing *Joint Notice of Settlement* was filed electronically with the Clerk's office and served via the Clerk's e-filing system and/or via U.S. mail and/or email upon the parties listed below.

Chelsey A. Stevenson
RUDD LAW OFFICES
611 Commerce St, Ste 2613
Nashville, TN 37203
Email: chelsey@slgnashville.com
*Counsel for Plaintiff*

                                              *s/John Wingo*
                                              John R. Wingo