# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT COLUMBIA

| | |
|---|---|
| **MARY IRENE HEITHCOCK,** | ) |
| Plaintiff, | ) ) |
| v. | ) **Case No.: 1:23-cv-00043** |
| | ) **District Judge Richardson** |
| **MILBANK INSURANCE COMPANY,** | ) **Magistrate Judge Holmes** |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT AND
## STIPULATION OF DISMISSAL AS TO ALL CLAIMS

Pursuant to Federal Civil Procedure Rule 41(a)(1), Plaintiff Mary Irene Heithcock and Defendant Milbank Insurance Company ("State Auto") (collectively, the "Parties"), by and through counsel, hereby notify this Court of the compromise and settlement of claims and of the stipulated dismissal of all claims asserted by Plaintiff Mary Irene Heithcock herein with prejudice. The Parties agree that each is responsible for their own discretionary costs, but any unpaid court costs shall be paid by Defendant. A proposed Agreed Order of Dismissal is being submitted herewith.

Respectfully submitted,

*s/Ann H. Murphy*
John R. Wingo (BPR #016955)
Ann H. Murphy (BPR #036884)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2200
Email: john.wingo@stites.com
amurphy@stites.com
*Counsel for Defendant*

And

*s/Chelsey A. Stevenson*
Chelsey A. Stevenson (BPR No. 038803)
STEVENSON LAW GROUP, P.C.
1109 Woodland St
P.O. Box 60155
Nashville,TN37206
Email: chelsey@slgnashville.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2025, the foregoing *Notice of Settlement and Stipulation of Dismissal* was filed electronically with the Clerk's office and served via the Clerk's e-filing system and/or via email upon the parties listed below.

> Chelsey A. Stevenson
> STEVENSON LAW GROUP, P.C.
> 1109 Woodland St
> P.O. Box 60155
> Nashville, TN 37206
> Email: chelsey@slgnashville.com

*Ann H. Murphy*
Ann. H. Murphy

2
10055408:v1
Case 1:23-cv-00043   Document 104   Filed 09/22/25   Page 2 of 2 PageID #: 1159